**Sylvester James MAHONE,
Plaintiff—Appellant,**

v.

**WASHINGTON STATE
REFORMATORY,
Defendant,**

and

**Carol Grandmontagne, Corrections Captain for the Washington State Reformatory; et al., Defendants—Appellees.**

**No. 09–35113.**

United States Court of Appeals,
Ninth Circuit.

Submitted Feb. 16, 2010.*

Filed Feb. 22, 2010.

Sylvester James Mahone, Monroe, WA, pro se.

Andrea Vingo, Assistant Attorney General, Office of the Washington Attorney General, Olympia, WA, for Defendants–Appellees.

Before: FERNANDEZ, GOULD, and M. SMITH, Circuit Judges.

## MEMORANDUM **

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

Sylvester James Mahone, a Washington state prisoner, appeals pro se from the district court's summary judgment in favor of defendants in his 42 U.S.C. § 1983 action alleging violations of his First and Fourteenth Amendment rights. We have jurisdiction under 28 U.S.C. § 1291. We review de novo, *Toguchi v. Chung*, 391 F.3d 1051, 1056 (9th Cir.2004), and we affirm.

The district court properly granted summary judgment on Mahone's access to courts claim because Mahone failed to raise a genuine issue of material fact as to whether legal mail rules frustrated his ability to pursue a non-frivolous legal claim. *See Lewis v. Casey*, 518 U.S. 343, 352–53, 116 S.Ct. 2174, 135 L.Ed.2d 606 (1996).

The district court properly granted summary judgment on Mahone's retaliation claim because Mahone failed to raise a genuine issue of material fact as to whether the allegedly retaliatory conduct was unrelated to legitimate penological goals. *See Barnett v. Centoni*, 31 F.3d 813, 815–16 (9th Cir.1994) (per curiam).

Mahone's remaining contentions are not persuasive.

**AFFIRMED.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.